AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agresti, Thomas P. | Bankruptcy Court, Western PA. | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. B250
17 South Park Row
Erie, PA. 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Agresti & Agresti Attorneys at Law Partnership Buyout Agreement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 05/09/2012 | Agresti & Agresti Attorneys at Law Partnership Buyout Agreement : final payment | $10,312.50 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 24, 2012 to October 27, 2012 | San Diego, CA | Annul Meeting / Conference of NCBJ: Bd. of Governor reimbursement | Registration fees, travel and lodging |
| 2. | American Bankruptcy Institute | March 11, 2012 to March 13, 2012 | New York, NY | Annual Conrad B. Duberstein Moot Court Competition | Travel, food and lodging |
| 3. | National Conference of Bankruptcy Judges | March 18, 2012 to March 19, 2012 | Phoenix, AZ | Mid-Year Mtg of NCBJ : Bd of Governor's reimbursement | Travel, food and lodging |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 3. -John Hancock Life Ins. Fixed & Variable Annuity | A | Dividend | L | T | | | | | |
| 4. -Pacific Life Annuity | A | Dividend | K | T | | | | | |
| 5. -First Energy Corp (FE) | A | Dividend | J | T | | | | | |
| 6. -Hartford Director Annuity | A | Dividend | L | T | | | | | |
| 7. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. IRA #1 | | | | | | | | | |
| 10. -Microsoft (MSFT) | A | Dividend | J | T | | | | | |
| 11. -First Energy Corp (FE) | A | Dividend | J | T | | | | | |
| 12. -Energy Select Sector SPDR (ETF) | | Dividend | | | Sold | 03/23/12 | J | A | |
| 13. -General Electric (GE) | A | Dividend | J | T | | | | | |
| 14. -Altria Group, Inc. (MO) | A | Dividend | J | T | | | | | |
| 15. -Kraft Foods,Inc (KFT) | A | Dividend | | | Sold | 03/23/12 | J | A | |
| 16. -MGE Energy | A | Dividend | K | T | | | | | |
| 17. -AT&T Inc | A | Dividend | J | T | Buy | 03/23/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -McDonald's Corp | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 19. -United Parcel Service | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 20. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. IRA #2 | | | | | | | | | |
| 23. -General Electric (GE) | A | Dividend | K | T | | | | | |
| 24. -Microsoft (MSFT) | B | Dividend | K | T | | | | | |
| 25. -Pacific Life Annuity | A | Dividend | M | T | | | | | |
| 26. -WHV International Equity Fund Cl A | A | Dividend | K | T | | | | | |
| 27. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | M | T | | | | | |
| 28. | | | | | | | | | |
| 29. IRA #3 | | | | | | | | | |
| 30. -UBS Tactical Alloc Fd (PWTAX) fka FT-Franklin Inc. A | A | Dividend | J | T | | | | | |
| 31. -General Electric (GE) | A | Dividend | J | T | | | | | |
| 32. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 33. | | | | | | | | | |
| 34. IRA #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Wells Fargo Advisors Managed Acct. | A | Int./Div. | N | T | | | | | |
| 36. -Wells Fargo Advisors Dep Sweep . | A | Interest | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. PNC Bank Accounts | A | Interest | K | T | | | | | |
| 39. PNC Money Mngt Acct. (pooled funds) | D | Int./Div. | P1 | T | | | | | |
| 40. Citizens Bank Accounts | A | Interest | O | T | | | | | |
| 41. Vacant Land #1: Erie, PA. (1991: $70,000) | | None | L | W | | | | | |
| 42. Vacant Land #2: Erie, PA. (1991: $70,000) | | None | L | W | | | | | |
| 43. Trustees of Conneaut Lake Park Judgment | | None | J | T | | | | | |
| 44. Note | | None | J | T | Open | 08/27/12 | J | | Jeffery Deller |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Agresti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544